Order issued March 11, 1998



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-96-00631-CV

PRESTON OAKS CROSSING CONDOMINIUM ASSOCIATION, INC., Appellant

V.

PRESTON OAKS CROSSING JOINT VENTURE,, Appellee

## ORDER

Appellees Preston Oaks Crossing Joint Venture's, Dondi Residential Properties, Inc.'s, Dondi Development Corporation's and Dondi Group, Inc.'s December 29, 1997 motion for leave to file a letter brief is **GRANTED** and the letter brief is considered filed as of that date.

_____
ED KINKEADE
JUSTICE